**DISMISS; and Opinion Filed April 8, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00112-CV

### KATHY AHN AND JAE SOON AHN, Appellants
### V.
### FRANKFORD CROSSING SHOPPING CENTER DALLAS TX, LP, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05151-2013**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Bridges and Evans
Opinion by Justice Bridges

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160112F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KATHY AHN AND JAE SOON AHN,
Appellants

No. 05-16-00112-CV      V.

FRANKFORD CROSSING SHOPPING
CENTER DALLAS TX, LP, Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-05151-2013.
Opinion delivered by Justice Bridges.  Chief
Justice Wright and Justice Evans
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FRANKFORD CROSSING SHOPPING CENTER DALLAS TX, LP recover its costs of this appeal from appellants KATHY AHN AND JAE SOON AHN.

Judgment entered this 8th day of April, 2016.